UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA ANN OSMOND,

        Plaintiff,                Case no. 11-12912
                                            Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      Before the court is Magistrate Judge Laurie J. Michelson's Report and Recommendation, filed June 27, 2012. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

      IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date:  July 31, 2012

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 31, 2012, using the ECF system.

                                                      s/William Barkholz
                                                      Case Manager